358 A.2d 84
Commonwealth v. Broadway, Appellant.

Submitted April 19, 1976. Louis R. Dadowski and John R. Cook, Trial Defenders, for appellant; Charles W. Johns and Robert L. Eberhardt, Assistant District Attorneys, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., absent.

358 A.2d 76
Commonwealth v. Brown, Appellant.

Argued April 12, 1976. Kenneth E. Fox, Jr., for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.